**Order filed September 11, 2018**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-18-00258-CV
_____

## IN THE INTEREST OF F.S.C., A CHILD

---

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. 07-FD-0721**

---

## ORDER

This appeal is from a judgment signed April 6, 2018. Appellant filed a notice of appeal on March 9, 2018. Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court.

"A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

Accordingly, Amri Davison, the official court reporter for the County Court No. 3 is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM